UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GEORGE ADAM,

                Plaintiff,

-against-

THE METROPOLITAN TRANSPORTATION
AUTHORITY (MTA), THE MTA POLICE
DEPARTMENT, MTA POLICE OFFICERS'
ARNOLD E. PFEIFFER and RAYMOND T.
REICHEL, MTA DETECTIVES' HENERSHOT
and RUCANO, SGT. GIEL, LT. DEVILN and
JOHN AND JANE DOES 1-2,

                Defendants.
------------------------------------X

Index No.: CV-07-8807
(JGK)

AMENDED
NOTICE OF
APPEARANCE

       **PLEASE TAKE NOTICE**, that I am a member of the law firm of Bee Ready Fishbein Hatter & Donovan, LLP. I will be appearing in this matter on behalf of Defendants, THE METROPOLITAN TRANSPORTATION AUTHORITY (MTA), THE MTA POLICE DEPARTMENT, MTA POLICE OFFICERS' ARNOLD E. PFEIFFER and RAYMOND T. REICHEL, MTA DETECTIVES' HENERSHOT and RUCANO, SGT. GIEL, LT. DEVILN and JOHN AND JANE DOES 1-2. I was admitted to practice in this District on December 6, 2007.

Dated: Mineola, New York
       December 12, 2007

                Yours, etc.,

                BEE READY FISHBEIN HATTER & DONOVAN, LLP

By: _____
Joshua M. Jemal (0402)
*Attorneys for Defendants*
170 Old Country Road
Mineola, New York 11501
(516) 746-5599
**File No.: 6178-0701**

TO:  **GRANDINETTE & SERIO, LLP**
*Attorneys for Plaintiff*
114 Old Country Road
Mineola, NY 11501
By:    Anthony M. Grandinette (5913)
(516) 248-5317

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X   Index No.: CV-07-8807
GEORGE ADAM,                                (JGK)

                    Plaintiff,   **AFFIDAVIT**
                                        **OF SERVICE**

    -against-

THE METROPOLITAN TRANSPORTATION
AUTHORITY (MTA), THE MTA POLICE
DEPARTMENT, MTA POLICE OFFICERS'
ARNOLD E. PFEIFFER and RAYMOND T.
REICHEL, MTA DETECTIVES' HENERSHOT
and RUCANO, SGT. GIEL, LT. DEVILN and
JOHN AND JANE DOES 1-2,

                    Defendants.
----------------------------------------X

KAREN DETHLEFSEN, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides at Farmingdale, New York.

    On December 12, 2007, your deponent served the within **AMENDED NOTICE OF APPEARANCE** upon:

TO:  **GRANDINETTE & SERIO, LLP**
      *Attorneys for Plaintiff*
      114 Old Country Road
      Mineola, NY 11501
      Att: Anthony M. Grandinette

at the address designated by said attorney(s) for that purpose by depositing a true copy of same, enclosed in a postage-paid, properly addressed wrapper, in a post office official depository of the United States Postal Service with the State of New York.

                                                                   KAREN DETHLEFSEN

Sworn to before me this
12th day of December, 2007

_____
Notary Public

                            MARIA G. FERRI
                   Notary Public, State of New York
                        No. 01FE4908627
                  Qualified in Nassau County
             Commission Expires December 12, 20_09_