UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEORGE ADAM,

                       **Plaintiff,**

    -against-

THE METROPOLITAN TRANSPORTATION
AUTHORITY (MTA), THE MTA POLICE
DEPARTMENT, MTA POLICE OFFICERS'
ARNOLD E. PFEIFFER and RAYMOND T.
REICHEL, MTA DETECTIVES' HENERSHOT
and RUCANO, SGT. GIEL, LT. DEVILN and
JOHN AND JANE DOES 1-2,

                       **Defendants.**
------------------------------------------------------------X

Index No.: CV-07-8807
(JGK)

**RULE 7.1 DISCLOSURE**

C O U N S E L O R S :

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant states that Defendant, METROPOLITAN TRANSPORTATION AUTHORITY ("MTA") is a New York State public benefit corporation organized under the laws of the State of New York. Subsidiaries of the MTA are The Long Island Rail Road Company, MTA Metro-North Commuter Railroad, MTA New York City Transit, MTA Long Island Bus, and MTA Bridges and Tunnels.

Dated: Mineola, New York
       December 17, 2007

Yours, etc.,

BEE READY FISHBEIN HATTER & DONOVAN, LLP

By: _____
Joshua M. Jemal (0402)
*Attorneys for Defendants*
170 Old Country Road
Mineola, New York 11501
(516) 746-5599
**File No.: 6178-0701**

TO: **GRANDINETTE & SERIO, LLP**
*Attorneys for Plaintiff*
114 Old Country Road
Mineola, NY 11501
By:   Anthony M. Grandinette (5913)
(516) 248-5317