UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
GEORGE ADAM,

                Plaintiff,

    -against-

THE METROPOLITAN TRANSPORTATION
AUTHORITY (MTA), THE MTA POLICE
DEPARTMENT, MTA POLICE OFFICERS'
ARNOLD E. PFEIFFER and RAYMOND T.
REICHEL, MTA DETECTIVES' HENERSHOT
and RUCANO, SGT. GIEL, LT. DEVILN and
JOHN AND JANE DOES 1-2,

                Defendants.
------------------------------------------------X

Index No.: CV-07-8807
(JGK)

**NOTICE TO TAKE
DEPOSITION UPON
ORAL EXAMINATION**

**PLEASE TAKE NOTICE** that pursuant to F.R.C.P. Rule 30, the deposition upon oral examination of Plaintiff, GEORGE ADAM, in this action herein, will be taken on the 23rd day of January, 2007, at 10:00 a.m. to be held at the office of Bee Ready Fishbein Hatter & Donovan, LLP, 170 Old Country Road, Suite 200, Mineola, New York.

**PLEASE TAKE FURTHER NOTICE** that the deponents are required to produce upon such examination any and all books, papers and other things pertaining to the above-entitled action, including, but not limited to, all documents, records, diaries, notes, correspondence, memoranda, and any photographs, maps or other images, pursuant to F.R.C.P. Rule 30.

Dated: Mineola, New York
       December 17, 2007

Yours, etc.,

BEE READY FISHBEIN HATTER & DONOVAN, LLP

By: _____
Joshua M. Jemal (0402)
*Attorneys for Defendants*
170 Old Country Road
Mineola, New York 11501
(516) 746-5599
**File No.: 6178-0701**

-2-

TO: **GRANDINETTE & SERIO, LLP**
*Attorneys for Plaintiff*
114 Old Country Road
Mineola, NY 11501
By: Anthony M. Grandinette (5913)
(516) 248-5317