UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
GEORGE ADAM,

                      Plaintiff,

-against-

THE METROPOLITAN TRANSPORTATION
AUTHORITY (MTA), THE MTA POLICE
DEPARTMENT, MTA POLICE OFFICERS'
ARNOLD E. PFEIFFER and RAYMOND T.
REICHEL, MTA DETECTIVES' HENERSHOT
and RUCANO, SGT. GIEL, LT. DEVILN and
JOHN AND JANE DOES 1-2,

                      Defendants.
------------------------------------------------X

Index No.: CV-07-8807
(JGK)

AFFIDAVIT
OF SERVICE

KAREN DETHLEFSEN, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides at Farmingdale, New York.

    On December 17, 2007, your deponent served the within ANSWER TO COMPLAINT, NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION, DEFENDANTS' FIRST DEMAND FOR VERIFIED WRITTEN INTERROGATORIES DIRECTED TO PLAINTIFF, RULE 7.1 DISCLOSURE and DEFENDANTS' FIRST REQUEST FOR DOCUMENTS PURSUANT TO RULE 34 upon:

TO:  GRANDINETTE & SERIO, LLP
*Attorneys for Plaintiff*
114 Old Country Road
Mineola, NY 11501
Att: Anthony M. Grandinette

at the address designated by said attorney(s) for that purpose by depositing a true copy of same, enclosed in a postage-paid, properly addressed wrapper, in a post office official depository of the United States Postal Service with the State of New York.

                                                  KAREN DETHLEFSEN

Sworn to before me this
17th day of December, 2007

_____
Notary Public

MARIA G. FERRI
Notary Public, State of New York
No. 01FE4908627
Qualified in Nassau County
Commission Expires December 12, 2009